IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                )
                                      )
HIEN QUANG HUYNH,                     )      Case No. 11-10924
                                      )      Chapter 7
                Debtor(s).            )
                                      )

## TRUSTEE'S MOTION FOR TURNOVER

COMES NOW the trustee and for his motion states:

1. The debtor withdrew $1,500.00 from his bank account pre-petition on March 25, 2011. He has provided documentation that some of these funds were used for "groceries and paid T-mobile". Receipts were provided showing that these purchases were actually made post-petition.

2. The debtor also admitted that $500.00 was re-deposited into his bank account post-petition.

3. Therefore, the debtor had a total of $727.25 of funds on hand in cash as of the date of the filing of the bankruptcy. This amount is property of the estate.

4. Also, a deposit of $1,213.44 was made into the debtor's bank account the day after the filing of the bankruptcy. A pay stub has been produced showing that this was the debtor's net paycheck which was fully earned pre-petition. Accordingly, 25% of that amount, or $303.36, is also property of the bankruptcy estate

5. The trustee requests an order directing the debtor to turnover $727.25 of funds on hand and $303.36 of wages earned pre-petition.

WHEREFORE, the trustee requests an order as set forth herein.

457332

KLENDA, MITCHELL, AUSTERMAN
& ZUERCHER, L.L.C.
301 North Main, Suite 1600
Wichita, Kansas 67202
(316) 267-0331 telephone
(316) 267-0315 facsimile
jmmorris@kmazlaw.com

By: */s/ J. Michael Morris*
     J. Michael Morris #09292
     Attorney for Trustee