**SO ORDERED.**

**SIGNED this 14 day of July, 2011.**



*Dale L. Somers* (signature)
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| HIEN QUANG HUYNH, | ) | Case No. 11-10924 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL

1. The Trustee's Motion to Compel (docket # 18) filed on or about June 13, 2011 is GRANTED.

2. The debtor is directed to fully respond within ten (10) days of the entry of this order to trustee's letter of May 27, 2011 including production of all requested documents.

IT IS SO ORDERED.

###

APPROVED BY:

KLENDA, MITCHELL, AUSTERMAN
      & ZUERCHER, L.L.C.
301 North Main, Suite 1600
Wichita, Kansas 67202
(316) 267-0331 telephone
(316) 267-0315 facsimile
jmmorris@kmazlaw.com

By: *s/ J. Michael Morris*
      J. Michael Morris # 09292
      Attorney for Trustee

459474