**SO ORDERED.**

**SIGNED this 14 day of July, 2011.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
HIEN QUANG HUYNH, ) Case No. 11-10924
) Chapter 7
Debtor(s). )
)

### ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER

1. The Trustee's Motion for Turnover (docket # 20) filed on or about June 13, 2011 is GRANTED.

2. The debtor is directed to turnover $727.25 of funds on hand and $303.36 of wages earned pre-petition.

### ###

APPROVED BY:

KLENDA, MITCHELL, AUSTERMAN
      & ZUERCHER, L.L.C.
301 North Main, Suite 1600
Wichita, Kansas 67202
(316) 267-0331 telephone
(316) 267-0315 facsimile
jmmorris@kmazlaw.com

By: *s/ J. Michael Morris*
      J. Michael Morris # 09292
      Attorney for Trustee