IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HIEN QUANG HUYNH, | ) Case No. 11-10924 |
| | ) Chapter 7 |
| Debtor(s). | ) |
| | ) |

## TRUSTEE'S SECOND MOTION FOR TURNOVER

COMES NOW the trustee and for his motion states:

1. On the date of the filing of the bankruptcy the debtor had in his possession airline tickets purchased for the value of $5,890.00. These tickets constituted property of the estate.

2. The debtor failed to disclose the existence of these tickets.

3. Post-petition, the debtor made use of the tickets.

4. The trustee requests turnover from the debtor of the $5,890.00 pursuant to 11 USC § 542 in that the same represents the value of the property of the estate which the debtor had possession and control of during the case.

WHEREFORE, the trustee requests an order as set forth herein.

        KLENDA, MITCHELL, AUSTERMAN
           & ZUERCHER, L.L.C.
        301 North Main, Suite 1600
        Wichita, Kansas 67202
        (316) 267-0331 telephone
        (316) 267-0315 facsimile
        jmmorris@kmazlaw.com

By: */s/ J. Michael Morris*
      J. Michael Morris #09292
      Attorney for Trustee