IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                             )
                                                   )   Case No. 11-10924
                                                   )   Chapter 7
HIEN QUANG HUYNH,                                  )
                                   Debtor.         )
_____)

**OBJECTION TO SECOND MOTION FOR TURNOVER**

COMES NOW the Debtor, Hien Quang Huynh, for his objection to the Trustee's Second Motion for Turnover on the following grounds:

1. The debtor had interest in only one ticket for his use.

2. The debtor's ticket and all the other tickets were non refundable.

3. None of the questions on Schedule B of the petition requires the disclosure of his interest in the ticket(s).

                                     *s/Alec Nguyen*
                                     Alec Nguyen, # 20310
                                     Nguyen Law Offices, LLC
                                     1516 North Broadway
                                     Wichita, KS 67214
                                     (316) 262-8085
                                     Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2011, I electronically filed the foregoing Object to Second Motion for Turnover with the clerk of the court by using the CM/ECF system and the same were provided by a notice of electronic filing and/or U.S. Mail to the following:

J. Michael Morris
KLENDA, MITCHELLE, AUSTERMAN
& ZUERCHER, L.L.C.
301 North Main, Suite 1600
Wichita, Kansas 67202

                                     *s/Alec Nguyen*
                                     Alec Nguyen